IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | **4:19CR3011** |
| vs. | |
| DAMON D. WILLIAMS, | **ORDER** |
| Defendants. | |

IT IS ORDERED that the motion to withdraw filed by W. Brian Gaddy, as counsel of record for Defendant Damon D. Williams, (Filing No. 109), is granted.

June 5, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge