IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| PLAINTIFF, | ) | 4:19CR3011 |
| -v- | ) | **WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER** |
| DAMON WILLIAMS, | ) | |
| DEFENDANT. | ) | |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1) The defendant affirms receiving a copy of the Second Superseding Indictment;

(2) The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3) The defendant pleads not guilty to all counts of the Second Superseding Indictment

_Damon Williams Jr._      10-9-19
Defendant      Date

_[signature]_      10.9.19
Attorney for Defendant      Date

**ORDER**

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this __10th__ day of October, 2019.

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COU