IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:19-CR-3011 |
| vs. | ORDER |
| DAMON D. WILLIAMS and DANTE D. WILLIAMS, | |
| Defendants. | |

This matter is before the Court on the Magistrate Judge's findings and recommendation (filing 310) recommending that the defendants' motions to suppress (filing 195; filing 305) be denied. The defendants have not objected to the findings and recommendation, and 28 U.S.C. § 636(b)(1) provides for de novo review only when a party objects to the magistrate's findings and recommendations. *Peretz v. United States*, 501 U.S. 923 (1991). The failure to file an objection eliminates not only the need for de novo review, but any review by the Court. *Thomas v. Arn*, 474 U.S. 140 (1985); *Leonard v. Dorsey & Whitney LLP*, 553 F.3d 609 (8th Cir. 2009). Accordingly,

IT IS ORDERED:

1. The Magistrate Judge's findings and recommendation (filing 310) are adopted.

2. The defendant's motions to suppress (filing 195; filing 305) are denied.

Dated this 28th day of October, 2020.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
Chief United States District Judge