IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:19-CR-3011 |
| vs. | ORDER |
| DAMON D. WILLIAMS, | |
| Defendant. | |

The defendant's previously appointed counsel was granted leave to withdraw by the U.S. Court of Appeals for the Eighth Circuit, and the defendant remains eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, and Amended Criminal Justice Act Plan for the District of Nebraska. Accordingly,

IT IS ORDERED:

1. Terrance O. Waite is appointed, and shall promptly enter an appearance as counsel for the above-named defendant.

2. The Federal Public Defender's Office shall provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

3.  The Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and to the appointed attorney.

Dated this 17th day of July, 2023.

BY THE COURT:

*John M. Gerrard* (signature)

John M. Gerrard
Senior United States District Judge