IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>TAWHYNE M. PATTERSON, SR.; DAMON D. WILLIAMS; and DANTE D. WILLIAMS,<br><br>        Defendants. | 4:19-CR-3011<br><br>ORDER |

IT IS ORDERED:

1. The United States Marshal's office is directed to return the above-captioned defendants to this district for their sentencing hearings.

2. The Clerk of the Court shall provide a copy of this order to the United States Marshal.

Dated this 8th day of August, 2023.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge